UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SCOTT,
        Plaintiff,

No. 1:06-cv-540

-v-

HONORABLE PAUL L. MALONEY

TERRY PITCHER,
        Defendant.

## JUDGMENT

Having dismissed this action, without prejudice, for failure to serve Defendant and for want of prosecution, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is **ENTERED** in favor of Defendant Pitcher and against Plaintiff Scott.

    **IT IS SO ORDERED.**

    **THIS ACTION IS TERMINATED.**

Date:  June 29, 2009                               /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge